DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL AGUILAR-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00339 LJO |
|---|---|---|
| *Plaintiff,* | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER **DENYING REQUEST** |
| MANUEL AGUILAR-GONZALEZ, | ) ) | Date : December 19, 2008 Time: 9:00 a.m. |
| *Defendant.* | ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above captioned matter scheduled for December 5, 2008, **may be continued to December 19, 2008, at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and case preparation, and for plea negotiation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: December 1, 2008            /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: December 1, 2008            /s/ Marc Days
                                          MARC DAYS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Manuel Aguilar-Gonzalez


**O R D E R**

**The request is DENIED.**  There has been no reason given why the time already allotted was insufficient to accomplish that for which additional time is requested.

IT IS SO ORDERED.

**Dated:   December 1, 2008**           **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE